

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-27-2011

# Mitchell Partners LP v. Irex Corp

Precedential or Non-Precedential: Precedential

Docket No. 10-4040

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Mitchell Partners LP v. Irex Corp" (2011). *2011 Decisions.* Paper 419.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/419

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 22, 2011

————

No. 10-4040

————

MITCHELL PARTNERS, L.P.,

Appellant

v.

IREX CORPORATION; NORTH LIME HOLDINGS CORP.;
W. KIRK LIDDELL; DAVID C. KLEINMAN; PAUL J. ISAAC;
JOANN M. JUDGE; MICHAEL J. LARDNER; JOHN O. SHIRK;
THOMAS W. WOLF; LORI A. PICKELL; JAMES E. HIPOLIT;
JANEE. PINKERTON; KENNETH G. STOUDT;
N. THOMPSON WASHBURN

————

No. 10-4091

————

MITCHELL PARTNERS, L.P.

v.

IREX CORPORATION; NORTH LIME HOLDINGS CORP.;
W. KIRK LIDDELL; DAVID C. KLEINMAMN; PAUL J. ISAAC;
JOANN M. JUDGE; MICHAEL J. LARDNER; JOHN O. SHIRK;
THOMAS W. WOLF; LORI A. PICKELL; JAMES E. HIPOLIT;
JANE E. PINKERTON; KENNETH G.STOUDT;
N. THOMPSON WASHBURN,

Appellants

(E.D. Pa. No. 5-08-cv-04814)

Present: SLOVITER, FUENTES and GARTH, <u>Circuit Judges</u>

1.  Motion by Thomas W. Corbett, Jr., Governor of Pennsylvania, For Leave to
    File Amicus Curiae Brief in Support of Appellees/Cross-Appellants' Petition
    for Panel Rehearing and Rehearing En Banc;

2.  Motion by The Pennsylvania Chamber of Business and Industry, the
    Pennsylvania Manufactures' Association, and the Greater Philadelphia
    Hispanic Chamber of Commerce to File Statement as Amicus Curiae in
    Support  of Appellees/Cross-Appellants' Petition for Panel Rehearing  and
    Rehearing En Banc.

3. Petition filed by Appellee Irex Corp. for rehearing before the original panel and for en banc rehearing.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing petition for panel rehearing is granted. The panel will prepare an order certifying to the Pennsylvania Supreme Court the question regarding the interpretation of Pennsylvania's Business Corporation Law of 1988. In light of the fact that the question will be certified, the motions of Governor Corbett and The Pennsylvania Chamber of Business and Industry, the Pennsylvania Manufactures' Association, and the Greater Philadelphia Hispanic Chamber of Commerce to file statements or briefs in support of rehearing are dismissed as moot.

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

Dated: September 27, 2011
tmm/cc: George W. Croner, Esq.
Christina Donato Saler, Esq.
Steven B. Feirson, Esq.
Erin C. Fisher, Esq.
Cheryl A. Krause, Esq.
Elisa T. Wiygul, Esq.
Robert J. LaRocca, Esq.